Action by Celia Gorovoy, as administratrix, against the West Side Mason Contracting Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

---

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners to ascertain the compensation to be paid to the owners of and parties interested in, etc., lands claimed to be owned by Mary Nowak and others. Proceeding No. 93. No opinion. Upon stipulation filed, appeals dismissed, without costs, and order confirming award as to parcel No. 1 vacated, and report and proceedings sent back to same commissioners for new appraisal and report.

---

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. September 24, 1913.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo, as to change of grade of East Genesee street. In re lands owned by Christian Flierl and others. No opinion. Appeal taken by Christian Flierl dismissed, without costs, upon stipulation filed.

---

GRADY, Respondent, v. NATIONAL CONDUIT & CABLE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by John Grady against the National Conduit & Cable Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 153 App. Div. 401, 138 N. Y. Supp. 549.

---

GRATTON, Respondent, v. DOHERTY, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by George Gratton against Thomas F. Doherty. No opinion. Judgment unanimously affirmed, with costs. See, also, 157 App. Div. 883, 141 N. Y. Supp. 1121.

---

GRAY v. HOADLEY. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Gerald H. Gray, as receiver, etc., against Joseph H. Hoadley. R. P. Buell, of New York City, for appellant. C. C. Sanders, of New York City, for respondent. No opinion. Order affirmed, without costs. Order filed. See, also, 138 App. Div. 898, 123 N. Y. Supp. 48.

---

GRAY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Charles P. Gray against the New York Central & Hudson River Railroad Company. No opinion. Application granted. Order signed.

GREEN, Appellant, v. SUPREME COUNCIL OF ROYAL ARCANUM et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Samuel Green against the Supreme Council of the Royal Arcanum and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 144 App. Div. 761, 129 N. Y. Supp. 791.

---

GREISSER, Respondent, v. LOWE, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Wilhelm Greisser against William Lowe. S. Wallach, of New York City, for appellant. J. Marx, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

GRIDLEY, Appellant, v. STODDARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Lewis G. Gridley against Charles S. Stoddard. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held: (1) That defendant failed to make out a defense; (2) that the court erred in receiving in evidence copies of the examiner's reports.

---

GUERNSEY v. BUTTERICK PUB. CO. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Florence Guernsey against the Butterick Publishing Company. No opinion. Application denied, with $10 costs. Order signed.

---

HAINES v. LEVY et al. (Supreme Court, Appellate Term, First Department. November 13, 1913.) Appeal from City Court of New York, Trial Term. Action by Edwin H. Haines against Abraham Levy and another. From a judgment dismissing the complaint at the close of plaintiff's case, he appeals. Reversed, and new trial ordered. Paul N. Turner, of New York City, for appellant. Albert T. Scharps, of New York City (Oswald N. Jacoby, of New York City, of counsel), for respondents.

BIJUR, J. Plaintiff sues for damages resulting from false representations, the allegation being that defendants misrepresented the character of a life insurance policy which plaintiff purchased and paid for. It does not appear from the record what the ground of dismissal may have been, but apparently, as respondents' brief indicates, it was because the instruments whereby defendants transferred the title to the policy were made to the names of some one other than the plaintiff as assignee. This consideration has no bearing on the case whatsoever. Plaintiff testified that he purchased the policy on the representations of defendants, and proved a prima facie case, including all the other elements entitling him to recover. It is quite indifferent whether the article sold was delivered to the plaintiff or to any one else with his consent or at his request. It may be remarked in passing that the record in respect of exhibits is quite unintelligible. As no ground